UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 05-CR-60204-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ADAM R. KIDAN,
    Defendant.
_____/

## ORDER GRANTING IN PART GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE

THIS MATTER came before the Court by virtue of the Government's Motion for Reduction of Sentence (D.E. #101-1) filed on March 27, 2007. After careful review of the Government's Motion, and the Defendant's Affidavit in Support of Motion (D.E. #108), and conducting a hearing of the Government's Motion, it is hereby,

ORDERED AND ADJUDGED that the Government's Motion is Granted in Part. The Defendant's sentence shall be reduced by fifty percent. The Defendant shall be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of thirty-five (35) months as to count one of the indictment and ten (10) months as to count four of the indictment. Counts one and four shall run concurrent. In addition, Defendant shall cooperate with both the federal government and state government as a special condition of his supervised release.

In the future, the Government may file a supplemental motion to the Motion for Reduction of Sentence. Also, this Court retains jurisdiction over this motion and subsequent motions pertaining to the Defendant's cooperation.

DONE AND ORDERED in chambers in Miami, Florida this 26 day of June, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT

cc: All counsel of record